United States District Court
Southern District of Texas
**ENTERED**
April 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN YOUNG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, § § § | | |
| *Plaintiffs*, § § | | |
| v. § § | Civil Action No.: 4:20-cv-1716 | |
| ENERGY DRILLING COMPANY, § § | | |
| *Defendant*. § | | |

## ORDER

The Magistrate Judge issued a Memorandum and Recommendation in this case on March 31, 2021. ECF 39. No party filed objections. Having reviewed the Memorandum and Recommendation the Court is of the opinion that its should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's March 31, 2021 Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this __20th__ day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE