# EXHIBIT 1
# (FILED UNDER SEAL)

# EXHIBIT A
# (FILED UNDER SEAL)