UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN YOUNG, Individually and for Others Similarly Situated,<br><br>v.<br><br>ENERGY DRILLING COMPANY | Case No. 4:20-cv-01716<br><br>FLSA Collective Action |

### ORDER GRANTING MOTION TO APPROVE FLSA SETTLEMENT

Before the Court is Plaintiff's Unopposed Motion to Approve FLSA Settlement. After considering Plaintiff's Unopposed Motion for Approval of FLSA Settlement, including the Parties' Settlement Agreement (Exhibit 1 to Plaintiffs' Unopposed Motion) the Court hereby finds, and orders as follows:

1. The Court **FINDS** that the settlement memorialized in the Parties' Settlement Agreement attached as Exhibit 1 to Plaintiff's Unopposed Motion to Approve falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court **APPROVES** in its entirety the Parties' Settlement Agreement attached as Exhibit 1 to Plaintiff's Unopposed Motion to Approve.

3. The Court hereby **DISMISSES** this lawsuit and all claims asserted therein **WITH PREJUDICE** in accordance with the Settlement Agreement, including the claims of Plaintiff and the opt-in Plaintiffs.

IT IS SO ORDERED this 25th day of __JANUARY__, 2022.

_____
SIM LAKE
UNITED STATES DISTRICT COURT JUDGE